Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi DIVISION

United States Courts
Southern District of Texas
FILED

FEB 26 2016

David J. Bradley, Clerk of Court

Brenda C. Armstead

versus

Hillary Clinton
Ted Cruz
Jeb Bush

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT Petition

1. According to page 1 #2-2: Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named Defendants: Hillary Clinton, resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida, according to 28 U.S.C. § 1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants Without Lawyers Southern District of Texas, giving this Court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas 77002 and U.S. District Court, Southern District of Texas, Galveston Division, Mail: P.O. Box 2300, Galveston, Texas, 77553, Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550, Case: Armstead vs. George W. Bush Jr., Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in office as President by a Court order U.S. Supreme

2. (continued) Court election 2000. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

3. That case Armstead vs. Bush Jr. needs forwarded to the Court of appropriate jurisdiction: The International Court P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election year, the United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents. Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support for appointment as President for the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - lawyer, professor - Jurisdiction over the office of the U.S. Supreme Court, winning the Popular Vote of the People, 2016,

6. (continued) - as President for the United States, 2016, this Petition forwarded to the International Court.

7. Previous, two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further travel is unsafe during the Winter months for these Candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant Jeb Bush has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States 2016, this Petition forwarded to the International Court.

9. To promote this Spread of Democracy, U.S. Presidents living around the World, other World Leaders need to be able to be included in this cause. Fed. R. Civ. P. 12 (b).
Further Support: Armstead vs. Pope Benedict Justice Sotomayor "NY" Queen Elizabeth England Kerrmont Throne Ana.

Certificate of Service

I hereby certify the mailing U.S. mail to the following named parties:

Hillary Clinton
c/o Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
c/o Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe St.
Tallahassee, Florida 32399

This ~~fifth~~ 11th day of Feb, 2016 (~~Jeb~~ Bush's Birthday) along with service to this ~~Honorable~~ Court U.S. District Court, Southern District of Texas Corpus Christi, Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

Versus

Hillary Clinton                    Civil Action No.
Ted Cruz
Jeb Bush

Original Petition (Copy)

1. According to page 1 #2-2: Plaintiff, Brenda C. Armstead is a current resident of Texas. Named Defendants: Hillary Clinton, Resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants Without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas, 77002 and U.S. District Court, Southern District of Texas, Galveston Division Mail: P.O. Box 2300, Galveston, Texas, 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550. Case: Armstead vs. George W. Bush Jr. Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in office as

2. (continued) President by a court order U.S. Supreme Court election 2000. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr. needs forwarded to the Court of appropriate jurisdiction. The International Court P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election year, the United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents.
Purpose: The Spread of Democracy to Stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support for appointment as President for the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - lawyer, Professor - Jurisdiction over the office of the U.S. Supreme Court

6. (continued) Winning the Popular Vote of the People, 2016, as President for the United States, 2016, this Petition forwarded to the International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter months for these candidates running a Presidential race. And a Court order for the post/office as President stops Political corruption.

8. Defendant Jeb Bush has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States 2016, this Petition forwarded to the International Court.

9. To promote this Spread of Democracy, U.S. Presidents living around the World, other World Leaders need to be able to be included in this Cause. Fed. R. Civ. P. 12(b). Further support: Armstead vs Pope Benedict Justice Sotomayor NY - Queen Elizabeth England Permanent Throne Appointment.

Certificate of Service

I hereby certify the mailing U.S. mail to the following named parties:

Hillary Clinton
c/o Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
c/o Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe St.
Tallahassee, Florida 32399

this 11th day of Feb. 2016, (Jeb Bush's Birthday) along with service to this Honorable Court U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

versus

Hillary Clinton                    Civil Action No.:
Ted Cruz
Jeb Bush

Original Petition (Copy)

1. According to page 1 #2-2: Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named defendants: Hillary Clinton, Resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants Without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas, 77002 and U.S. District Court, Southern District of Texas, Galveston Division Mail: P.O. Box 2300, Galveston, Texas 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550. Case: Armstead vs George. W. Bush Jr., Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in office

2. U.S. Supreme Court election 2000. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr. needs forwarded to the court of appropriate jurisdiction: The International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election Year, the United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents. Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support for appointment as President for the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - lawyer, Professor - Jurisdiction over the office of the U.S. Supreme Court,

6. Winning the Popular vote of the People, 2016, as President for the United States, 2016, this Petition forwarded to the International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the winter months for those candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant Jeb Bush has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States 2016, this Petition forwarded to the International Court.

9. To Promote this Spread of Democracy, U.S. Presidents living around the World, other World Leaders need to be able to be included in this cause. Fed. R. Civ. P. 12 (b). Further Support: Armstead vs. Pope Benedict Justice Soto meyer. NY - Queen Elizabeth England Permanent Throne Appointment.

## Certificate of Service

I hereby certify the mailing U.S. Mail to the following named parties:

Hillary Clinton
c/o Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
c/o Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe St.
Tallahassee, Florida 32399

this 11th day of Feb. 2016, (Jeb Bush's Birthday) along with service to this Honorable Court U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

versus

Hillary Clinton                    Civil Action No.:
Ted Cruz
Jeb Bush

Original Petition (copy)

1. According to page 1 #2-2; Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named defendants: Hillary Clinton, Resident of NY, Ted Cruz, resident of Texas, is a US Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, this suit maybe brought to the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas, 77002 and U.S. District Court, Southern District of Texas, Galveston Division Mail: P.O Box 2300, Galveston, Texas 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550, Case: Armstead vs. George W. Bush Jr, Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in office as President by a Court order

2. U.S. Supreme Court election 2000. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr. needs forwarded to the court of appropriate jurisdiction: The International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election Year, the United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents. Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader Friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support for appointment as President for the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - lawyer, Professor - Jurisdiction over the office of the U.S. Supreme Court-

6. Winning the Popular vote of the People, 2016, as President for the United States, 2016, this Petition forwarded to the International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on Campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter months for these candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant, Jeb Bush, has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States, 2016, this Petition forwarded to the International Court.

9. To Promote this Spread of Democracy, U.S. Presidents living around the World, other World Leaders need to be able to be included in this Cause. Fed. R. Civ. P. 12(b). Further, Support: Armstead vs. Pope Benedict Justice Sotomayor, NY— Queen Elizabeth England Permanent Throne Appointment.

Certificate of Service

I hereby certify the mailing U.S. Mail to the following named parties:

Hillary Clinton
c/o Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY  10163

Ted Cruz
c/o Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe Street
Tallahassee, Florida 32399

this 11th Day of Feb., 2016, (Jeb Bush's Birthday), along with service to this Honorable Court, U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

To The Clerk;

According to 8-A: " A summons must be prepared in duplicate by the Plaintiff for each defendant."

Notation: Copyright laws prevented me from doing that and I was only given one form.

Brenda C. Armstead
2-5-16

Case 2:16-cv-00063  Document 1  Filed in TXSD on 02/26/16  Page 18 of 19

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Brenda Cecelia Armstead

**DEFENDANTS** Hillary Clinton, Ted Cruz, Jeb Bush

**(b)** County of Residence of First Listed Plaintiff: Nueces
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: NY State - County?
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: Pro Se

Attorneys *(If Known)*: Not Known

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Clinton - NY   Bush - Fl.
Cruz - Texas

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. 1331-1332

Brief description of cause: Presidential Election to be forwarded to the appropriate Court of jurisdiction - International Court.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A ☒ CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 2-26-2016

SIGNATURE OF ATTORNEY OF RECORD: Pro Se: Brenda C. Armstead

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____